COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 September 7, 2016
 No. 10-16-00239-CV
 IN THE INTEREST OF C.K.E. AND C.L.E., JR., CHILDREN
 
 center-4254500
 From the 272[nd] District Court
 Brazos County, Texas
 Trial Court No. 09-002113-CV-272
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Christian La'Marque Ellis, Sr. has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that Iterrika Martazea Webber, is awarded judgment against Christian La'Marque Ellis, Sr. for Iterrika Martazea Webber's appellate costs that were paid, if any, by Iterrika Martazea Webber; and all unpaid appellate court cost, if any, is taxed against Christian La'Marque Ellis, Sr. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
1378226834180200 Nita Whitener, Deputy Clerk